AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the District of Arizona

DOA 6/25/26

United States of America
v.
Gavin Moyer
*Defendant(s)*

Case No. 26-5284MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

See Attachment A.

This criminal complaint is based on these facts:

See Attachment B, Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

Reviewed by AUSA Sheila Phillips S.P.

JAMES CAUBLE Digitally signed by JAMES CAUBLE Date: 2026.06.26 09:15:59 -07'00'
*Agent's signature*
SPECIAL AGENT JAMES CAUBLE

Sworn to before me and subscribed telephonically.

Date: June 26, 2026 @ 9:41 a.m.

Deborah M Fine
*Judge's signature*

City and state: Phoenix, Arizona

Honorable DEBORAH M. FINE, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF COUNTS

### COUNT 1

### Material False Statement During the Purchase of a Firearm, Aid and Abet

On or about June 18, 2026, in the District of Arizona, Defendant GAVIN MOYER aided and abetted a person, who knowingly made false statements and representations in connection with the acquisition of a firearm(s) to Half Cocked Weapons, which were intended and likely to deceive Half Cocked Weapons as to a fact material to the lawfulness of a sale of a firearm by Half Cocked Weapons, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Half Cocked Weapons, in that this person did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating they were the actual transferee/buyer, whereas in truth in fact, they were purchasing the firearm(s) on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and (2).

### COUNT 2

### Material False Statement During the Purchase of a Firearm, Aid and Abet

On or about June 3, 2026 in the District of Arizona, Defendant GAVIN MOYER aided and abetted a person, who knowingly made false statements and representations in connection with the acquisition of a firearm(s) to AZ Arms Depot, which were intended and likely to deceive AZ Arms Depot as to a fact material to the lawfulness of a sale of a firearm by AZ Arms Depot ,which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AZ Arms Depot, in that this person did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating they were the actual transferee/buyer, whereas in truth in fact, they were purchasing the firearm(s) on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and (2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, James Cauble, Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), Phoenix, Arizona, being duly sworn, hereby depose and state:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been since June 2021. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy's Special Agent Basic Training in Glynco, Georgia. Prior to becoming an ATF Special Agent, I was a United States Border Patrol Agent, Department of Homeland Security, for six years, working along the southern border in Texas and Arizona. I also graduated from the Border Patrol training program at the Federal Law Enforcement Training Center in Artesia, New Mexico. I am currently assigned to the ATF Phoenix Field Office, firearms trafficking unit.

2. During and prior to my tenure with ATF, I have been involved in investigations involving federal firearm violations, wire fraud, narcotics, human trafficking, arson, and explosives cases. I have reviewed investigative reports and had conversations with senior Special Agents who have advised of common firearms trafficking schemes and explained their methods of operations. I have become knowledgeable in the methods and modes used by firearms trafficking operations, as well as the language and patterns used. I am aware of techniques that are used to deter and hinder law enforcement investigations of firearms trafficking schemes, including the utilization of multiple cellular phones, planned distribution schemes, the utilization of firearm purchasing websites, the use of false and/or fictitious identities, and the use of "straw" purchasers.

3. The facts contained in this Affidavit are based in part on information provided to your Affiant by other law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; intercepted calls and/or text messages; information provided by confidential sources; information provided by undercover officers; information learned through seizures of contraband; and analysis of telephone toll records. Your Affiant also relies on my own experience, training, and background in evaluating this information.

4. Based on the facts set forth in this Affidavit, your Affiant submits there is probable cause to believe that violations of 18 U.S.C. § 922(a)(6): False Statement During the Purchase of a Firearm.

**BACKGROUND INVESTIGATION**

5. On June 18, 2026, I received a call from the owner and operator of the Federal Firearms Licensee (FFL) Half Cocked Weapons (hereafter FFL operator). He called the ATF when he witnessed what he believed to be a possible straw purchase taking place.

6. On, or about, June 18, 2026, the operator of the FFL Half Cocked Weapons received a Barrett, .50 caliber, rifle from Gman Sporting Arms LLC, in State College, PA, a third-party, online, firearms dealer. The FFL operator was not informed of the incoming firearm or that a package was being delivered to his FFL.

7. Upon receipt of the firearm, The FFL operator saw a customer name on the packaging slip, a Martin Garcia. Next to the name was the phone number, XXX-XXX--5612 (Hereinafter known as PHONE 1). The FFL operator sent a text to PHONE 1 notifying the individual that the firearm was delivered to the FFL.

8. A short time after sending the text, The FFL operator received a call from phone number XXX-XXX--9346 (Hereinafter known as PHONE 2). The caller identified himself as Garcia and claimed the rifle. The FFL operator scheduled an appointment with Garcia for 12pm on the same day to which Garcia agreed. Approximately 15 mins later The FFL operator received a text from PHONE 1 asking if

they could retrieve the firearm at 12pm. The FFL operator thought this was strange but did not respond because he had already confirmed the appointment with Garcia and PHONE 2.

9. Approximately 11:50 am, The FFL operator received a text from PHONE 1 stating they will arrive in 10 minutes, The FFL operator affirmed the message. Shortly after, Garcia arrived at the FFL and began filling out the ATF form 4473 stating he was the purchaser of the firearm. While Garcia was filling out the 4473, The FFL operator, in conversation, asked Garcia if this was his first firearm purchase, Garcia said no, and stated he purchased an M249 two weeks prior from the FFL Guns Plus (I discovered later that the FFL was actually AZ Arms Depot), also located in Surprise, AZ. During their conversations and while Garcia was filling out the ATF 4473, The FFL operator received a text reading, "I'm here", from PHONE 1. The FFL operator, confused, asked Garcia about the text and asked what's going on with the two different phone numbers, Garica brushed it off telling The FFL operator not to worry about that, it was nothing.

10. At that point, The FFL operator became suspicious, administratively delayed GARCIA, notified the ATF, and sent an email containing copies of Garica's 4473, package slip and a screenshot of the text thread between The FFL operator and PHONE 1.

11. Due to the phone number discrepancy and the statements made by Garcia, I decided to investigate The FFL operator's concerns. A search of law enforcement databases revealed that PHONE 1 belonged to a Gavin MOYER, not Garcia. During further investigation into MOYER, I discovered that MOYER has an active arrest warrant furnished by Phoenix Police Department (PPD) and an active order of protection in place, thus prohibiting him from purchasing or possessing firearms.

## INTERDICTION

12. Based on the aforementioned factors, I coordinated a joint operation involving the ATF, Homeland Security Investigations (HSI), the Federal Bureau of

Investigation (FBI), and the Surprise Police Department (SPD) to conduct a controlled surveillance operation of the firearm, with the objective of identifying its intended recipient.

13. Garcia arrived at the FFL alone to take possession of the firearm. Surveillance units then followed Garcia to an unknow address at which point SAs and SPD witnessed someone matching MOYERs description meet Garcia at his vehicle and remove the firearm from Garcia's rear passenger seat. The two were then observed entering Unit XXX, with MOYER carrying the firearm.

14. SAs spoke with the apartment complex manager and learned that the Unit was leased to Gavin MOYER and Martin Garcia. Based on the investigation, including MOYER's status as a prohibited possessor and his possession of the firearm, SPD applied for and obtained a search warrant for the residence.

15. SPD called MOYER then Garcia's cell phones, informed them the Unit was surrounded and asked them to come outside with their arms raised. Both complied and were detained.

16. SAs and SPD searched the residence and found the Barrett, rifle but no other firearms.

**GARCIA INTERVIEW**

17. I interviewed Garcia in my vehicle with ATF SA Justin Webster. During the interview GARCIA admitted that he straw purchased two firearms on behalf of MOYER, the Barrett, .50 caliber rifle, and an FN, M249, 5.56, rifle which he purchased on a separate occasion, approximately a week earlier. Garcia stated that MOYER gave him approximately $20,000 in cash in which he was instructed to deposit in his bank account to pay for the firearms.

18. Garcia stated MOYER would tell him which guns to buy and from which FFLs to order them from. Garcia said he did not know what the firearms were for or why MOYER wanted them. When I asked where the M249 rifle was, Garcia said he did not know.

19. I asked Garcia how long he lived in Unit XXXX. Garcia informed me that he did not live there, he only put his name on the lease so MOYER could qualify for the apartment using Garcia's income as MOYER had zero verifiable income. The condition of the two-bedroom residence proved this statement as MOYERs possessions were in the master bedroom, and the only other bedroom was converted into a dog kennel.

20. During the interview, Garcia accessed his phone to show SAs text messages from MOYER, to corroborate his claim that MOYER facilitated and paid for the firearms in question. Garcia gave me consent to search to search and download the contents of his cell phone.

**TEXT MESSAGES**

21. Garcia showed SAs text messages corroborating the fact that MOYER facilitated both purchases (see the following examples ).


34
G
Gavin
No couldn't I took to many addys
Holy fuck lmao
Call gun prime
Alr bet
And ask how much would it cost to overnight the Barrett and the m249
What kinda Barrett
The short barrel 50
Bet
I'm on hold
They said it's like $200 extra per item
night ?
But they said the background
Text Message • SMS
Yea


34
G
Gavin
They said it's like $200 extra per item
To overnight ?
But they said the background check might take a day or two
Yea
Okay that's fine
Wanna Zelle ur self the money on the other card rq
Send me the Zelle info too
Text Message • SMS


11:17
34
G
Gavin
Lmk If u need any other info
What's ur b day
04/12/2005
Can u fill out the link that was sent
Alr done
Vhat's ur login info
Iamgarcia9
Mlp09oknbjl8!
Is the pass
Text Message • SMS


8:16
Elanto at Prasada
Today 11:16 AM
11:17
G
Gavin
Do the thing on ur email
Lmk when it's done
It's done
Bro I think ur gonna have to pull out the cash that shit isn't working
Ur gonna have to go to a gun store and just drop cash to them I'll call around and see who can order them
Damn alr
Lmk
at time are u gonna go to ur sisters
I was abt to leave im tryna get there before it gets hot asf out


8:16
Elanto at Prasada
Today 11:16 AM
11:18
34
U still in Phx ?
G
Gavin
Thu, Jun 4 at 11:12
Yo can u go pick up the money I'll throw u a 100 to get it
Thu, Jun 4 at 19:28
Yo I got the money
Call me tho
Yo bro I gave u 20gs u can't just be ducking my cals bro
Call me in 10 or Imma have to slide that way n
Thu, Jun 4 at 23:28
Marty yo wtf
Is u been sleeping all day nigga
Fuck bro my bad I was passed out my phone was dead when I woke up , that adderal and lavada come down hit hard I haven't slept that long in years lol but yea my bad




## MOYER INTERVIEW

22. MOYER did not admit to anything but made the following statement to the SAs who were attempting to interview him, not an exact quote; is this about that BS protection order my ex-girlfriend put on me, are you arresting me for being a prohibited possessor? That's fine, I'll eat the charge, then invoked his right to an attorney shortly after.

**REQUEST FOR AUTHORIZATION**

23. For these reasons, your affiant submits that there is probable cause to believe Gavin MOYER aid and abet two separate counts of 18 U.S.C. §§ 922(a)(6) and 2: False Statement During the Purchase of a Firearm, Aiding and Abetting. .

24. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

JAMES CAUBLE Digitally signed by JAMES CAUBLE Date: 2026.06.26 09:06:22 -07'00'

JAMES CAUBLE
Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Sworn to and subscribed electronically this 26th day of June , 2026.@ 9:41a.m.

Deborah M Fine

HONORABLE DEBORAH M. FINE
United States Magistrate Judge